OSCAR MCCLAIN v. THE STATE.

No. 22426. Delivered December 15, 1943.

The opinion states the case.

*S. P. Nielsen,* of Raymondville, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

This case is similar to, and is governed and controlled by, Williams v. State, No. 22550, decided December 8, 1943. (Page 430 of this volume). For the reasons therein set forth, the judgment is reversed and the prosecution ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.